

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00292-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

**C-5 HOLDINGS, LLC** and Stone Oak Storage Partners, Ltd.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23191
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, C-5 Holding, LLC's and Stone Oak Storage Partner, Ltd.'s motion to dismiss is DENIED. The portion of the trial court's order denying the Texas Department of Transportation's motion for summary judgment on C-5 Holding, LLC's and Stone Oak Storage Partner, Ltd.'s inverse condemnation and nuisance claims is AFFIRMED. The portion of the trial court's order denying the Texas Department of Transportation's motion for summary judgment on C-5 Holding, LLC's and Stone Oak Storage Partner, Ltd.'s promissory estoppel claim is REVERSED and we RENDER judgment in favor of the Texas Department of Transportation on C-5 Holding, LLC's and Stone Oak Storage Partner, Ltd.'s promissory estoppel claim. We REMAND the case to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against the parties who incurred them.

SIGNED May 25, 2022.

_____
Irene Rios, Justice